UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ESTATE OF NICHOLAS REYNOLDS,

    Plaintiff,

                                                                        Case No. 08-cv-14909

v.

                                                                       Paul D. Borman
                                                                       United States District Judge

CITY OF DETROIT, and
ESTATE OF DARRYL RANDALL,                Paul J. Komives
                                                                       United States Magistrate Judge

    Defendants.

_____/

OPINION AND ORDER (1) ADOPTING THE MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION,
(2) DENYING DEFENDANT ESTATE OF DARRYL RANDALL'S MOTION TO DISMISS,
and (3) DENYING DEFENDANT CITY OF DETROIT'S MOTION TO DISMISS

      Before the Court is Magistrate Judge Paul Komives's Report and Recommendation Denying Defendant Estate of Darryl Randall's Motion to Dismiss and Denying Defendant City of Detroit's Motion to Dismiss. (Dkt. No. 73.)

      Having reviewed that Report and Recommendation, and there being no timely objections from either party under 28 U.S.C. § 636(b)(1) and E.D. Mich L.R. 72.1(d), the Court **ADOPTS** the Magistrate Judge's Report and Recommendation, **DENIES** Defendant Estate of Darrly Randall's Motion to Dismiss, and **DENIES** Defendant City of Detroit's Motion to Dismiss.

**IT IS SO ORDERED.**

                                                                       s/Paul D. Borman
                                                                       PAUL D. BORMAN
                                                                       UNITED STATES DISTRICT JUDGE

Dated: January 10, 2011

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record by electronic means or U.S. Mail on January 10, 2011.

                                                s/Denise Goodine
                                                Case Manager